UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLESTER MATTHEWS,

      Plaintiff,

v.                                                                    CASE NO. 3:17-cv-382-J-34MCR

BROTHERS BLESS, LLC d/b/a
FIRST CHOICE FOOD MART #4,

      Defendant.

_____/

### REPORT AND RECOMMENDATION[1]

On September 27, 2017, the undersigned entered an Order denying

without prejudice Plaintiff's Motion for Final Default Judgment against Defendant

(Doc. 8), and directing Plaintiff to file a renewed motion for default that complies

with the Local Rules and the Court's Order on or before October 16, 2017.  (*See*

Doc. 9 at 2-3.)  The Order provided in part: "Failure to comply with this Order may

result in a recommendation that the case be dismissed for want of prosecution

pursuant to Local Rule 3.10(a)."  (*Id.* at 3.)  On October 23, 2017, the Court

entered an Order to show cause why the case should not be dismissed for

Plaintiff's failure to prosecute and to comply with the Court's September 27, 2017

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a).  "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).

Order.  (Doc. 10.)  The Order required the Plaintiff to file a written response with the Court on or before October 30, 2017, and provided that the "[f]ailure to respond to th[e] Order will likely result in a recommendation that the case be dismissed for want of prosecution pursuant to Local Rule 3.10(a) without further notice."  (*Id*. at 1-2.)  To date, Plaintiff has not filed a written response to the show cause Order, has not filed a renewed motion for default judgment and has not requested an extension of time to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10(a).

**DONE AND ENTERED** at Jacksonville, Florida, on November 1, 2017.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of Record